# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **LISA HOWE**<br>　　Plaintiff,<br><br>vs.<br><br>**H&P CAPITAL, INC.,**<br>　　Defendant, | Civil Action No. 11-343-JL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate that said action be dismissed with prejudice.

Dated this _19_ day of December 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

By: /s/ Thomas E. Hogan, II　　　　　　　　　By: Robert McCall
Thomas E. Hogan II　　　　　　　　　　　　　Robert McCall, Esq.
NH Bar #: 19871　　　　　　　　　　　　　　　BBO# 14221
Consumer Rights Law Firm, LLC　　　　　　　PEABODY & ARNOLD LLP
191 Merrimack Street, Suite 302　　　　　　　Federal Reserve Plaza
Haverhill, Massachusetts, 01830　　　　　　　600 Atlantic Avenue
Phone: (617) 921-9808　　　　　　　　　　　　Boston, MA 02210-2261
Fax: (888) 712-4458　　　　　　　　　　　　　(617) 951-2100
tom@tomashoganlaw.com　　　　　　　　　　rmccall@peabodyarnold.com
Attorney for Plaintiff　　　　　　　　　　　　Attorney for Defendant

**Certificate of Service**

I hereby certify that on December 19, 2011, I filed the above foregoing document with the clerk of the Court using the ECF system which will send notice of said filing to the following:

Robert McCall
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261


Dated: December 19, 2011                    /s/Thomas E. Hogan, II
                                            Thomas E. Hogan II
                                            NH Bar #: 19871
                                            Consumer Rights Law Firm
                                            191 Merrimack Street, Suite 302
                                            Haverhill, Massachusetts, 01830
                                            Phone: (617) 921-9808
                                            Fax: (888) 712-4458
                                            tom@tomashoganlaw.com
                                            Attorney for Plaintiff